B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

| | | | | |
|---|---|---|---|---|
| In re | Empire Die Casting Co., Inc. | | Case No. | 13-52996 |
| | | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Imperial Zinc Corp.<br>1031 East 103rd Street<br>PO Box 66366<br>Chicago, IL 60628 | Imperial Zinc Corp.<br>1031 East 103rd Street<br>PO Box 66366<br>Chicago, IL 60628 | Trade payable | | 1,789,031.57 |
| Eastern Alloys Corp.<br>Henry Henning Drive<br>PO Box 317<br>Maybrook, NY 12543 | Eastern Alloys Corp.<br>Henry Henning Drive<br>PO Box 317<br>Maybrook, NY 12543 | Trade payable | | 423,758.78 |
| Staffinders, Inc.<br>One Independence Place<br>4807 Rockside Road, Ste 100<br>Independence, OH 44131 | Staffinders, Inc.<br>One Independence Place<br>4807 Rockside Road, Ste 100<br>Independence, OH 44131 | Trade payable | | 218,648.86 |
| Arco Alloys Corp.<br>1891 Trombly<br>Detroit, MI 48211 | Arco Alloys Corp.<br>1891 Trombly<br>Detroit, MI 48211 | Trade payable | | 175,785.25 |
| Aluminum & Zinc Metal Sales, Inc.<br>5493 Raven Pkwy<br>Monroe, MI 48161 | Aluminum & Zinc Metal Sales, Inc.<br>5493 Raven Pkwy<br>Monroe, MI 48161 | Trade payable | | 120,705.69 |
| E.A. Aluminum<br>Henry Henning Drive<br>PO Box 318<br>Maybrook, NY 12543 | E.A. Aluminum<br>Henry Henning Drive<br>PO Box 318<br>Maybrook, NY 12543 | Trade payable | | 90,339.24 |
| Ohio Edison<br>Attn: Legal Dept.<br>76 S. Main Street<br>Akron, OH 44308 | Ohio Edison<br>Attn: Legal Dept.<br>76 S. Main Street<br>Akron, OH 44308 | Utility | | 84,257.21 |
| Accu-Die & Mold<br>7473 Red Arrow Hwy<br>Stevensville, MI 49127 | Accu-Die & Mold<br>7473 Red Arrow Hwy<br>Stevensville, MI 49127 | Trade payable | | 66,500.00 |
| Frech U.S.A. Inc.<br>6000 S. Ohio Street<br>Michigan City, IN 46360 | Frech U.S.A. Inc.<br>6000 S. Ohio Street<br>Michigan City, IN 46360 | Trade payable | | 57,104.90 |
| TrimTool & Machine, Inc.<br>3431 Service Road<br>Cleveland, OH 44111 | TrimTool & Machine, Inc.<br>3431 Service Road<br>Cleveland, OH 44111 | Trade payable | | 56,709.45 |

In re Empire Die Casting Co., Inc.  Case No. 13-52996
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Metal Mechanics, Inc.<br>3093 Hager Road<br>PO Box 447<br>Schoolcraft, MI 49087 | Metal Mechanics, Inc.<br>3093 Hager Road<br>PO Box 447<br>Schoolcraft, MI 49087 | Trade payable | | 50,099.75 |
| Modern Industries, Inc.<br>PO Box 399<br>Erie, PA 16512 | Modern Industries, Inc.<br>PO Box 399<br>Erie, PA 16512 | Trade payable | | 40,772.56 |
| Maint. Employees Teamsters International Brotherhood of Teamsters<br>709 Brookpark Road<br>Cleveland, OH 44109 | Maint. Employees Teamsters International Brotherhood of Teamsters<br>Cleveland, OH 44109 | | | 40,085.10 |
| Godfrey & Wing Inc.<br>220 Campus Drive<br>Aurora, OH 44202 | Godfrey & Wing Inc.<br>220 Campus Drive<br>Aurora, OH 44202 | Trade payable | | 38,444.77 |
| Midwest Box Company<br>9801 Walford Avenue, Suite C<br>Cleveland, OH 44102 | Midwest Box Company<br>9801 Walford Avenue, Suite C<br>Cleveland, OH 44102 | Trade payable | | 38,196.35 |
| Craddock Finishing Corporation<br>PO Box 269<br>Evansville, IN 47702-0269 | Craddock Finishing Corporation<br>PO Box 269<br>Evansville, IN 47702-0269 | Trade payable | | 29,030.80 |
| Suburban Manufacturing Co.<br>1924 E. 337th Street<br>Eastlake, OH 44095 | Suburban Manufacturing Co.<br>1924 E. 337th Street<br>Eastlake, OH 44095 | Trade payable | | 28,593.40 |
| Willham Roofing Co.<br>20501 Albion Rd<br>Strongsville, OH 44136 | Willham Roofing Co.<br>20501 Albion Rd<br>Strongsville, OH 44136 | Trade payable | | 27,690.00 |
| Hess Corporation<br>PO Box 905243<br>Charlotte, NC 28290-5243 | Hess Corporation<br>PO Box 905243<br>Charlotte, NC 28290-5243 | Utility | | 27,241.93 |
| Jergens, Inc.<br>PO Box 931344<br>Cleveland, OH 44193 | Jergens, Inc.<br>PO Box 931344<br>Cleveland, OH 44193 | Trade payable | | 24,638.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 16, 2013   Signature  /s/ Robert Hopkins
                                    Robert Hopkins
                                    President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.