# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Empire Die Casting Co., Inc. | ) | Case No. 13-52996 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Marilyn Shea-Stonum |

## NOTICE OF FINAL HEARING

PLEASE TAKE NOTICE THAT on October 16, 2013, the above-captioned Debtor and Debtor-in-Possession (the "Debtor"), filed the following motions (the "Motions"):

A. Motion of Debtor and Debtor in Possession for Entry of an Order (i) Authorizing the Maintenance of Bank Accounts, (ii) Authorizing the Continued Use of Existing Cash Management System, and (iii) Waiving Investment and Deposit Guidelines of Section 345(b) of the Bankruptcy Code;

B. Motion of the Debtor and Debtor in Possession Under 11 U.S.C. §§ 105(A), 361, 362, 363 and 364 and Federal Bankruptcy Rules 2002, 4001, 6004, 9006, and 9014 for Interim and Final Order: (i) Authorizing Debtor to Obtain Secured Post-Petition Financing and Use Cash Collateral; (ii) Granting Adequate Protection; (iii) Modifying the Automatic Stay; (iv) Setting Final Hearing; and (v) Granting Related Relief;

The Court held an initial hearing on the Motions on October 17, 2013, and has set (a) a telephonic pre-hearing conference (the "Conference") on the Motions on November 4, 2013 at 3:00 p.m., and (b) a final hearing (the "Hearing") on the Motions on November 5, 2013 at 8:30 a.m.

**Your rights may be affected**. You should read the Motions carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you must file a written response with the court explaining your position (i) on or before **October 30, 2013,** if you are any party, other than

1

any Official Committee of Unsecured Creditors appointed in these cases, or (ii) on or before **November 4, 2013** at **12:00 p.m.**, if you are the Official Committee of Unsecured Creditors appointed in these cases. You must file your written response at:

>United States Bankruptcy Court
>Office of the Clerk
>455 U.S. Courthouse
>2 South Main Street
>Akron, Ohio 44308

You must also serve a copy of your request on the undersigned counsel:

>Marc B. Merklin
>Kate M. Bradley
>Brouse McDowell LPA
>388 S. Main Street, Suite 500
>Akron, Ohio 44311
>*Proposed Counsel for the Debtor*
>
>-and-
>
>Scott N. Opincar
>McDonald Hopkins
>600 Superior Avenue East, Suite 2100
>Cleveland, OH 44114
>*Counsel for the DIP Lender*

You must also participate in the *telephonic* Conference that the Court will hold on **November 4, 2013 at 3:00 p.m.** The call-in information for the Conference is 888-684-8852, ACCESS CODE: 5438004#, PARTICIPANT CODE: 52996#.

You must also attend the Hearing, which will be held on **November 5, 2013** at **8:30 a.m.** in in the Bankruptcy Courtroom at the United States Bankruptcy Court, 455 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

Pursuant to Local Rule 9013-1(d), if you or your attorneys do not take these steps, the Court may grant the relief requested without further notice to you.

Dated: October 17, 2013					Respectfully submitted,

							*/s/ Marc B. Merklin*
							Marc B. Merklin  (0018195)
							Kate M. Bradley (0074206)
							BROUSE MCDOWELL, LPA
							388 S. Main Street, Suite 500
							Akron, Ohio 44311
							Telephone: (330) 535-5711
							Facsimile: (330) 253-8601
							mmerklin@brouse.com
							kbradley@brouse.com

							*Proposed Counsel for the Debtor
							and Debtor-in-Possession*

869608.3

# CERTIFICATE OF SERVICE

I, Marc B. Merklin, hereby certify that on October 17, 2013, a true and correct copy of the *Notice of Final Hearing* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Kate M Bradley on behalf of Debtor Empire Die Casting Co., Inc., kbradley@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Debtor Empire Die Casting Co., Inc., mmerklin@brouse.com, tpalcic@brouse.com

**And by regular U.S. Mail, postage prepaid, on:**

Accu-Die & Mold at 7473 Red Arrow Hwy., Stevensville, MI 49127

Aluminum & Zinc Metal Sales, Inc. at 5493 Raven Pkwy, Monroe, MI 48161

Arco Alloys Corp. at 1891 Trombly, Detroit, MI 48211

Craddock Finishing at 1400 W. Illinois Street, Evansville, IN 47710

E.A. Aluminum at Henry Henning Drive, PO Box 318, Maybrook, NY 12543

Eastern Alloys Corp. at Henry Henning Drive, PO Box 318, Maybrook, NY 12543

Frech U.S.A. Inc. at 6000 S. Ohio Street, Michigan City, IN 46360

Godfrey & Wing, Inc. at 2200 Campus Dr., Aurora, OH 44202

Hess Corporation at 13850 Ballantyne Corporate Place, Suite 425, Charlotte, NC 28277

Imperial Zinc Corp at1031 East 103rd Street, PO Box 66366, Chicago, IL 60628

Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199

Jergens, Inc. at 15700 S. Waterloo Rd., Cleveland, OH 44110

Maint. Employees Teamsters International Brotherhood of Teamsters at 709 Brookpark Road, Cleveland, OH 44109

Metal Mechanics, Inc. at 3093 Hager Road, PO Box 447, Schoolcraft, MI 49087

Midwest Box Company at 9801 Walford Ave., Suite C, Cleveland, OH 44102

Modern Industries, Inc. at 613 West 11th Street, Erie, PA 16511

Office of the United States Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 West Superior Ave., Suite 400, Cleveland, OH 44113-1852

Office of the U.S. Trustee, 201 Superior Ave., East, Suite 441 Cleveland, OH 44114

Ohio Bureau of Workers' Compensation, Law Section Bankruptcy Unit, 30 W. Spring Street, Columbus, OH 43215

Ohio Dept. of Job & Family Services, Office of Legal Services, 30 E. Broad Street, 31st Floor, Columbus, OH 43215

Ohio Dept. of Taxation, Attn: Bankruptcy Div., 30 East Broad St., Columbus, OH 43215

Ohio Edison at Attn: Legal Dept., 76 S. Main Street, Akron, OH 44308

Ohio Edison at 6896 Miller Road, Room 204, Brecksville, OH 441141

Pension Benefit Guaranty Corp., 1200 K Street, NW, Washington, DC 20005-4026

Scott N. Opincar, McDonald Hopkins, 600 Superior Avenue East, Suite 2100, Cleveland, OH 44114

Staffinders, Inc. at One Independence Place, 4807 Rockside Road, Suite 100, Independence, OH 44131

Suburban Manufacturing Co. at 1924 E. 337th Street, Eastlake, OH 44095

TrimTool & Machine, Inc. at 3431 Service Road, Cleveland, OH 44111

Wilham Roofing Co. at 20501 Albion Rd., Strongsville, OH 44136

*/s/ Marc B. Merklin*
Marc B. Merklin  (0018195)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711

*Proposed Counsel for the Debtor and Debtor-in-Possession*