**IT IS SO ORDERED.**

**Dated: 12:28 PM October 22 2013**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Empire Die Casting Co., Inc. | ) | Case No. 13-52996 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Marilyn Shea-Stonum |
| An Ohio Corporation | ) | |
| (Employer Tax I.D. No. 34-0688531) | ) | |
| | ) | |

**ORDER ON MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER (A) SCHEDULING EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF**

Empire Die Casting Co., Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, has moved (the "**Motion**") for entry of an order: (i) scheduling an expedited hearing to consider certain first day motions filed by the Debtor; and (ii) approving the form and manner of notice of the expedited hearing. The Court, having reviewed the Motion, and having heard the statements of counsel in support of the relief requested therein at a hearing before the Court (the "**Hearing**"), finds and concludes that (i) it has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Motion was sufficient under the circumstances, and (iv) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and (v) the relief requested in the Motion is in the best interest of the Debtor, its estate, and its creditors.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided herein.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. An expedited hearing on each of the First Day Motions is scheduled for Thursday, **October 17, 2013 at 10:00 a.m., Eastern Time**.

4. The form and notice attached to the Motion as Exhibit A to be utilized to provide notice to the parties of the First Day Motions (the "**First Day Notice**") is approved in all respects.

# # #

SUBMITTED BY:

/s/ *Marc B. Merklin*
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com

*Proposed Counsel for the Debtor
 and Debtor in Possession*

869222.2

2