**IT IS SO ORDERED.**

Dated:  12:28 PM  October 22 2013

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Empire Die Casting Co., Inc. | ) | Case No. 13-52996 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Marilyn Shea-Stonum |

## ORDER APPROVING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER SHORTENING TIME AND EXPEDITING HEARING ON THE MOTIONS

This matter came to be considered on the Motion (the "**Motion to Expedite**") of the debtor and debtor-in-possession (the "**Debtor**") in the above captioned case for an Order Shortening Time and Expediting Hearing on the following motions and applications (collectively the "**Motions**"):

(i) Motion of Debtor and Debtor-in-Possession for Entry of an Order Authorizing Debtor to Continue Workers' Compensation Insurance Programs and Pay Certain Workers' Compensation Premiums, Costs and Claims;

1

(ii) Application of Debtor and Debtor-in-Possession for an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Authorizing Debtor to Employ and Retain Brouse McDowell, LPA as General Bankruptcy Counsel Effective as of the Petition Date;

(iii) Application of Debtor and Debtor in Possession for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Authorizing Debtor to Employ and Retain Amherst Capital Partners, LLC as Investment Bankers Effective as of the Petition Date;

(iv) Application of Debtor and Debtor in Possession for Entry of an Order, Pursuant To Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Authorizing Debtor to Employ and Retain Amherst Consulting, LLC as Restructuring Consultant; and

(v) Motion of Debtor and Debtor in Possession, Pursuant to Section 366 of the Bankruptcy Code, for Interim and Final Orders: (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Establishing Procedures for Determining Requests for Additional Assurance.

The Court, having reviewed the Motion to Expedite, finds as follows: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) this Court is the proper venue for this Chapter 11 case and the Motion to Expedite pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules; and (d) the legal and factual bases set forth in the Motion to Expedite establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion to Expedite is GRANTED.

2. Capitalized Terms not otherwise defined herein shall have the meanings given to them in the Motion to Expedite.

3. The time for notice is hereby shortened. Responses to the Motions will be due **October 28, 2013 at 12:00 p.m. EST.**

4. An expedited hearing on the Motions will be set for **October 29, 2013 at 8:30 a.m. EST.**

# # #

SUBMITTED BY:

/s/ Bridget A. Franklin
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
BROUSE McDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

869620