UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                      )
**EMPIRE DIE CASTING CO., INC.**  )   **Case No. 13-52996 (MSS)**
                                            )
                                            )   **Chapter 11**
        **Debtor**                    )
                                            )   **Judge Marilyn Shea-Stonum**

### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**IMPERIAL ZINC CORP.**
c/o David Kozin
1031 E. 103rd Street
Chicago, IL  60628
Phone: (773) 264-5900
Fax:    (773) 264-5910
(Temporary Chairperson)

**STAFFINDERS INC.**
c/o Douglas A. Labuda
4807 Rockside Road #100
Independence, OH  44131
Phone: (216) 901-0303
Fax:    (216) 901-0304

**ALUMINUM & ZINC
METAL SALES, INC.**
c/o Charles James Zaller
5493 Raven Parkway
Monroe, MI 48161-3765
Phone: (734) 241-2404
Fax:    (734) 241-4560

**TRIM TOOL & MACHINE, INC.**
c/o Brent Willis
3431 Service Road
Cleveland, OH  44111
Phone: (216) 889-1916
Fax:    (216) 889-1917

**MODERN INDUSTRIES, INC.**
c/o Mitchell S. Willis
613 W. 11th Street
Erie, PA  16501
Phone: (814) 455-8061 x 420
Fax:

**FRECH USA**
c/o Robert Tracy
6000 S. Ohio Street
Michigan City, IN  46360
Phone:
Fax:

**TEAMSTERS LOCAL UNION NO. 416**
c/o Susan L. Gragel, Esq.
Goldstein Gragel LLC
526 Superior Avenue East #1040
Cleveland, OH  44114
Phone:
Fax:

Respectfully Submitted,

Daniel M. McDermott
United States Trustee, Region 9

By:   */s/ Maria D. Giannirakis*
        Maria D. Giannirakis #003822
        Trial Attorney
        Office of the U.S. Trustee
        201 Superior Ave E, Suite 441
        Cleveland, Ohio  44114
        (216) 522-7800 ext. 222
        (216) 522-7193 fax
        Maria.D.Giannirakis@usdoj.gov

cc:    Committee Members
         Attorney for the Debtor(s)