**IT IS SO ORDERED.**

Dated: 02:26 PM October 24 2013

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Empire Die Casting Co., Inc. | ) | Case No. 13-52996 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Marilyn Shea-Stonum |

**ORDER APPROVING MOTION OF DEBTOR TO SHORTEN TIME TO RESPOND TO, AND EXPEDITE THE HEARING ON DEBTOR'S MOTION FOR THE ENTRY OF ORDERS (I) APPROVING BIDDING PROCEDURES (II) SCHEDULING AN AUCTION OF DEBTOR'S ASSETS AND A HEARING TO CONSIDER THE SALE OF THE DEBTOR'S ASSETS AND TO APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO, (III) APPROVING THE SALE OF THE ASSETS, OR ANY SUBSET THERETO, TO THE PROPONENTS OF THE HIGHEST AND BEST BIDS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; AND (IV) APPROVING THE PROCEDURES TO PROVIDE NOTICE OF ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS, AND FIXING CURE AMOUNTS THEREON**

This matter came to be considered on the Motion (the "Motion") of the debtor and debtor-in-possession (the "Debtor") in the above captioned case for an Order Shortening Time and Expediting Hearing on the Debtor's Motion for Orders (a) approving the bidding procedures

1

to be used in connection with the proposed sale of substantially all of the Debtor's assets, or any subset thereof (the "Assets" or Acquired Assets") to New Growth Capital Group, LLC (the "Purchaser") subject to higher and better offers pursuant to Sections 105, 363, and 365 of Title 11 of the United States Code, Federal Rules of Bankruptcy Procedure 2002(a)(2), 6004 and 6006, including the terms of the Letter of Intent; (b) scheduling an auction (the "Auction") and a hearing (the "Sale Hearing") to consider the sale and approve the form and manner of notice related thereto; (c) approving the sale of the Assets, or any subset thereto, to the proponents of the highest and best bids; (d) approving the procedures to provide notice of assumption and assignment of leases and contracts and fixing the cure amounts thereon; and (e) seeking other related relief (the "Bid Procedures Motion"). The Court, having reviewed the Motion, finds as follows: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) this Court is the proper venue for this Chapter 11 case and the Motion pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules; and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized Terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The time for notice is hereby shortened. Responses to the Bid Procedure Motion will be due on or before (i) **October 30, 2013** for any party other than any Official Committee of Unsecured Creditors appointed in this case; and (ii) **November 4, 2013** at **12:00 p.m. EST**, for any Official Committee of Unsecured Creditors appointed in this case

2

13-52996-mss    Doc 51    FILED 10/24/13    ENTERED 10/24/13 16:18:53    Page 2 of 3

4. Hearings on the Bid Procedures Motion will be set as follows: (i) a telephonic pre-hearing conference that the Court will hold on **November 4, 2013 at 3:00 p.m. EST**; and (ii) a hearing on **November 5, 2013** at **8:30 a.m. EST.**

# # #

SUBMITTED BY:

/s/ Marc B. Merklin
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Bridget A. Franklin (0083987)
BROUSE McDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

869900