UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Empire Die Casting Co., Inc. | ) | Case No. 13-52996 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Marilyn Shea-Stonum |

**NOTICE OF DEBTOR'S MOTION TO CHANGE CASE CAPTION**

PLEASE TAKE NOTICE THAT on February 20, 2014, the above-captioned Debtor and Debtor-in-Possession (the "Debtor"), filed a *Motion to Change Case Caption* (the "Motion").

**Your rights may be affected**. You should read the Motion carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **March 6, 2014**, you or your attorney must file with the Court a written objection explaining your position at:

> United States Bankruptcy Court
> Office of the Clerk
> 455 U.S. Courthouse
> 2 South Main Street
> Akron, Ohio 44308

You must also serve a copy of your request on the undersigned counsel:

> Marc B. Merklin
> Kate M. Bradley
> Brouse McDowell LPA
> 388 S. Main Street, Suite 500
> Akron, Ohio 44311
> *Counsel for the Debtor*

Pursuant to Local Rule 9013-1(d), if you or your attorneys do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated: February 20, 2014

Respectfully submitted,

*/s/ Kate M. Bradley*
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com

*Counsel for the Debtor
and Debtor-in-Possession*

878606

# CERTIFICATE OF SERVICE

I, Kate M. Bradley, hereby certify that on the 20th day of February, 2014, a true and correct copy of the Notice of Debtor's Motion to Change Case Caption was served:

VIA the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Notice List:

Kate M Bradley on behalf of Debtor Empire Die Casting Co., Inc., kbradley@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Frederick S. Coombs, III on behalf of Creditor Dominion East Ohio, fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Creditor First Energy Solutions Corp, fcoombs@hhmlaw.com

Frederick S. Coombs, III on behalf of Creditor Ohio Edison Co., fcoombs@hhmlaw.com

Devon J. Eggert on behalf of Creditor Committee Official Committee of Unsecured Creditors at deggert@freeborn.com, bkdocketing@freeborn.com

Thomas R. Fawkes on behalf of Creditor Committee Official Committee of Unsecured Creditors at tfawkes@freeborn.com, bkdocketing@freeborn.com

Bridget Aileen Franklin on behalf of Debtor Empire Die Casting Co., Inc., bfranklin@brouse.com

Brian J. Jackiw on behalf of Creditor Committee Official Committee Of Unsecured Creditors at bjackiw@freeborn.com, bkdocketing@freeborn.com

Robert R. Kracht on behalf of Other Prof. Bank of the West at rrk@mccarthylebit.com

Richard S. Lauter on behalf of Creditor Committee Official Committee Of Unsecured Creditors at rlauter@freeborn.com, bkdocketing@freeborn.com

Henry E. Menninger, Jr. on behalf of Defendant Rookus Industrial Sales & Service, Inc. hemenninger@woodlamping.com

Marc Merklin on behalf of Debtor Empire Die Casting Co., Inc., mmerklin@brouse.com, tpalcic@brouse.com

Christina E. Niro on behalf of Other Prof. Bank of the West, cen@mccarthylebit.com

Scott N Opincar on behalf of Creditor FIRSTMERIT BANK, N.A., sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Scott W. Paris on behalf of Creditor Allied Electric Company Inc
bankruptcy@weinerlaw.com, sparis@weinerlaw.com

Craig W Relman on behalf of Creditor TCF Equipment Finance, Inc. at crelman@aol.com

James L Rench on behalf of Interested Party Richard P Rogel, jrench@stark-knoll.com

Donn D Rosenblum on behalf of Creditor Ohio Department of Taxation, Ohio Bureau of Workers' Compensation, Ohio Department of Job & Family Services
donn.rosenblum@ohioattorneygeneral.gov

Terrence L Seeberger on behalf of Interested Party Richard P Rogel at
tseeberger@stark-knoll.com, hlehman@stark-knoll.com;emccoy@stark-knoll.com; nfaddoul@stark-knoll.com

Steven D. Shandor on behalf of Creditor Steven D. Shandor Classic Tool, Inc.
sdshandor@day-ketterer.com

Michael A. Steel on behalf of Creditor Perrin Asphalt Co., Inc., masteel@bmdllc.com, attysteel@gmail.com

Terrence J Steel on behalf of Interested Party The George Group Corp., terry@cowdenlaw.com

Stephanie K. Tuttle on behalf of Creditor Accu Die & Mold, Inc., stephaniet@bolhouselaw.com, bonnies@bolhouselaw.com

Matthew E. Wilkins on behalf of Interested Party SRS International Holdings, Inc.
wilkins@bwst-law.com, marbury@bwst-law.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee, maria.d.giannirakis@usdoj.gov

**And by regular U.S. Mail on February 20, 2014, postage prepaid, on**:

Attorney General of Ohio, Attn: Bankruptcy Staff at 150 E. Gay Street, 21st Floor, Columbus, OH 43215

Euler Hermes N. America Insurance Co., Agent of Imperial Zinc Corp. at 800 Red Brook Blvd., Owings Mills, MD 21117

Imperial Zinc Corp., c/o David Kozin at 1031 East 103rd Street, Chicago, IL 60628

Internal Revenue Service at P.O. Box 7346, Philadelphia, PA 19101-7346

John M. Craig at 2258 Wheatlands Drive, Manakin-Sabot, VA 23103

Maintenance Employees Union Local No. 416 Pension Fund at 709 Brookpark Road, Cleveland, OH 44109

Office of the United States Attorney, Attn: Bankruptcy Section at Carl B. Stokes U.S. Court House, 801 West Superior Ave., Suite 400, Cleveland, OH 44113-1852

Office of the U.S. Trustee, Attn: Maria Giannirakis at 201 Superior Ave., East, Suite 441 Cleveland, OH 44114

Ohio Bureau of Workers' Compensation, Law Section Bankruptcy Unit, P.O. Box 15567, Columbus, OH 43215

Ohio Dept. of Job & Family Services, Office of Legal Services at 30 E. Broad Street, 31st Floor, Columbus, OH 43215

Ohio Dept. of Taxation, Attn: Bankruptcy Div. at 30 East Broad St., Columbus, OH 43215

Pension Benefit Guaranty Corp. at 1200 K Street, NW, Washington, DC 20005-4026

Robert Bosch LLC, Attn: Judith Lowitz Adler, Corporate Legal Services, N.A., (C/LSR-NAF2), 38000 Hills Tech Drive, Farmington Hills, MI 48331

Summit County Fiscal Officer, Kristen M. Scalise at Ohio Building, 175 S. Main St., Akron, OH 44308

Teamsters Local Union No. 416, c/o Dominic Tocco III, 707 Brookpark Road, #416, Cleveland, OH 44109

Sanjeev Varma, LB Advisors at 1280 Tulberry Circle, Rochester, MI 48306

/s/ Kate M. Bradley
Kate M. Bradley (0074206)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
kbradley@brouse.com

*Counsel for Debtor and
Debtor-in-Possession*